UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-CR-00040-D-KS-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| ) | |
| MARILENNY RODRIGUEZ MOYA ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket Entry 96. The Court is of the opinion that this motion should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under seal.

This __4__ day of September, 2025.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE